ADR
F. #2024R00105

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

   - against -

CHEN ZHI,
    also known as "Vincent,"

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - X

O R D E R

25-CR-312 (RPK)

       Upon the application of JOSEPH NOCELLA, JR., United States Attorney for the Eastern District of New York, by Assistant United States Attorney Andrew D. Reich, for an order unsealing the above-captioned matter in its entirety.

       WHEREFORE, it is ordered that the above-captioned matter in its entirety be unsealed.

Dated:   Brooklyn, New York
          October 14, 2025

                                    *Lara K. Eshkenazi*
                              HONORABLE LARA K. ESHKENAZI
                              UNITED STATES MAGISTRATE JUDGE
                              EASTERN DISTRICT OF NEW YORK