

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

ADR
F. #2024R00105

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

October 14, 2025

<u>By E-mail</u>

The Honorable Lara K. Eshkenazi
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

        Re:    United States v. Chen Zhi
                <u>Criminal Docket No. 25-312 (RPK)</u>

Dear Judge Eshkenazi:

        The government respectfully moves for an order unsealing the above-captioned matter in its entirety.

                                        Respectfully submitted,

                                        JOSEPH NOCELLA, JR.
                                        United States Attorney

                By:        /s/
                            Andrew D. Reich
                            Assistant U.S. Attorney
                            (718) 254-6452

Enclosure

cc:    Clerk of Court (by ECF)